SIMON ARON (State Bar No. 108183)
ELSA HOROWITZ (State Bar No. 195689)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Claimant LONE OAK FUND, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED 8744 VYTINA DRIVE, ELK GROVE, SACRAMENTO COUNTY, APN: 115-1460-028-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 6439 VALLEY HI DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0032-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 8613 ORISON COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 121-0900-024-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 4630 COUNTRY SCENE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0550-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Case No. 2:18-CV-00825-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER, LONE OAK FUND, LLC**<br><br>Trial Date: None |

| |
|---|
| REAL PROPERTY LOCATED 8139 VALLEY GREEN DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0280-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| REAL PROPERTY LOCATED 3975 DEER CROSS WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0291-016-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| REAL PROPERTY LOCATED 4713 LAGUNA WEST WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0830-041-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| Defendants. |

**IT IS HEREBY STIPULATED** by and between claimant, Lone Oak Fund, LLC ("Claimant"), by and through its counsel of record, Simon Aron, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 8613 Orison Court, Elk Grove, California, Sacramento County, APN: 121-0900-024-0000 ("Defendant Orison Court").

2. Defendant Orison Court is the *in rem* defendant.

3. The loan has since been satisfied and Claimant no longer has an interest in Defendant Orison Court.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 29, 2018, [Dk. #5] with respect to Defendant Orison Court.

5. To the extent required under *Federal Rules of Civil Procedure,* Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to

*Federal Rules of Civil Procedure,* Rule 41(a).

      6.     Each party hereto is to bear its own costs.

      7.     Claimant is hereby removed from the Service List for the above-captioned case.

DATED: June 5, 2019                              WOLF, RIFKIN, SHAPIRO,
                                                  SCHULMAN & RABKIN, LLP

                                By:  /s/ Simon Aron
                                    SIMON ARON
                                    Attorneys for Claimant LONE OAK
                                    FUND, LLC

DATED: June 5, 2019

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kevin C. Khasigian
                                    Kevin C. Khasigian
                                    Assistant U.S. Attorney

                                    (Authorized by email)

|    | |
|----|--|
| 1  | **ORDER** |
| 2  | The Court has read and considered the Stipulation of Withdrawal of Claim (the |
| 3  | "Stipulation") by Lone Oak Fund, LLC, ("Claimant"), and Plaintiff, United States of |
| 4  | America ("Plaintiff"). For the reasons stated in the Stipulation and for good cause shown, |
| 5  | **IT IS HEREBY ORDERED** as follows: |
| 6  | 1. The Stipulation is approved. |
| 7  | 2. Claimant's claim filed in the above-captioned case on May 29, 2018 [Dk. #5] |
| 8  | is hereby deemed withdrawn. |
| 9  | 3. Claimant is hereby deemed dismissed from the above-captioned case. |
| 10 | **IT IS SO ORDERED.** |
| 11 | DATED: June 7, 2019. |

_____
UNITED STATES DISTRICT JUDGE