Carol F. Blanchard and Larry R. Blanchard, Trustees
c/o Capital Finance
589 Tahoe Keys Blvd. #E-7
South Lake Tahoe, CA 96150
Telephone: (530) 544-2611

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 4630 COUNTRY SCENE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0550-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18-CV-00825-KJM-CKD<br><br>**STIPULATION AND ORDER TO WITHDRAW VERIFIED CLAIM OF LIENHOLDERS, CAROL F. BLANCHARD AND LARRY R. BLANCHARD, TRUSTEES** |

**IT IS HEREBY STIPULATED** by and between claimants, Carol F. Blanchard and Larry R. Blanchard, Trustees of the Blanchard Family Trust dated October 19, 2005, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimants asserted a lienholder interest in the defendant property located at 4630 Country Scene Way, Sacramento, CA, APN: 117-0550-004-0000 ("Defendant Country Scene").

2. The loan has since been satisfied and Claimants no longer have an interest in the Defendant Country Scene property.

1

3. Accordingly, Claimants hereby withdraw their Claim filed May 25, 2018 in the above-captioned case with respect to the Defendant Country Scene property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Country Scene is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above-captioned case.

Date: July 22, 2019            By: /s/ Larry R. Blanchard TTEE
                                               LARRY R. BLANCHARD
                                               TRUSTEE

Date: July 22, 2019            By: /s/ Carol F. Blanchard TTEE
                                               CAROL F. BLANCHARD
                                               TRUSTEE

Date: July 29, 2019                     McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney

## **ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by Carol F. Blanchard and Larry R. Blanchard Trustees of the Blanchard Family Trust, dated October 19, 2005, and Plaintiff, United States of America, by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimants Verified Claim filed May 25, 2018 in the above-captioned case is hereby deemed withdrawn.

3. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order To Withdraw Claim