McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00825-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 8744 VYTINA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1460-028-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimant Xuehong Yang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 4630 Country Scene Way, Sacramento, California, Sacramento County, APN: 117-0550-004-0000, ("defendant Country Scene Way"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Country Scene Way. Thus, the stay would no longer be necessary for this property.[1]

---

[1] The case would remain stayed as to the other six *In Rem* Defendants. This request is limited to defendant Country Scene Way.

1

Larry R. Blanchard and Carol F. Blanchard, Trustees, filed a claim asserting a lienholder interest in defendant Country Scene Way. Claimant Xuehong Yang filed a Verified Statement of Interest in defendant Country Scene Way. No other party has filed a claim asserting an interest in defendant Country Scene Way.

On April 3, 2019, escrow closed for defendant Country Scene Way. Larry R. Blanchard and Carol F. Blanchard were paid in full through escrow. Larry R. Blanchard and Carol F. Blanchard withdrew their claim on July 29, 2019.

The United States and claimant Xuehong Yang have reached a settlement regarding the net proceeds from the sale of the Country Scene Way property.

Dated: 9/4/2019  McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/5/19  /s/ David P. Foos
DAVID P. FOOS
Attorney for claimant Xuehong Yang

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 4630 Country Scene Way, Sacramento, California, Sacramento County, APN: 117-0550-004-0000.

IT IS SO ORDERED.

Dated: September 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

2

Stipulation for Partial Lift of Stay and Order