1  Thomas P. Mazzucco - 139758
      TMazzucco@mpbf.com
2  Patrick J. Wingfield - 265140
      PWingfield@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Telephone:    (415) 788-1900
5  Facsimile:    (415) 393-8087

6  Attorneys for Claimant
   NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.**: 2:18-cv-00825-KJM-CKD |
| Plaintiff, | **STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY CLAIMANT NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |
| v. | |
| REAL PROPERTY LOCATED AT 8744 VYTINA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1460-028-0000, | |
| | **Action Filed**: April 6, 2018 |
| | **Assigned To**: Hon. Kimberly J. Mueller |
| REAL PROPERTY LOCATED AT 6439 VALLEY HI DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0032-004-0000, | **Referred To**: Hon. Carolyn K. Delaney |
| | **Trial Date**: None Set |
| REAL PROPERTY LOCATED AT 8613 ORISON COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 121-0900-024-0000, | |
| REAL PROPERTY LOCATED AT 4630 COUNTRY SCENE WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0550-004-0000, | |
| REAL PROPERTY LOCATED AT 8139 VALLEY GREEN DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 117-0280-013-0000, | |
| REAL PROPERTY LOCATED AT 3975 DEER CROSS WAY, SACRAMENTO, | |

- 1 -

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY  
NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC.

Case No.:  
2:18-cv-00825-KJM-CKD

CALIFORNIA, SACRAMENTO COUNTY,
APN: 119-0291-016-0000,

REAL PROPERTY LOCATED AT 4713 LAGUNA WEST WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0830-041-0000,

      Defendants.

IT IS HEREBY STIPULATED by and between the United States, and NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC, A DELAWARE LIMITED LIABILITY COMPANY ("Claimant") as follows:

1. The defendant property subject to this stipulation is as follows ("Defendant Property"): Real property located at 4713 Laguna West Way, Elk Grove, California 95758, APN: 119-0830-041-0000, including all appurtenances and improvements thereto.

2. On April 6, 2018, the United States of America filed a Verified Complaint for Forfeiture *In Rem* [Docket No. 1] ("Complaint") alleging that the Defendant Property, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon, and proceeds traceable thereof, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and 21 U.S.C. § 881(a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 et. seq.

3. At the time the Complaint was filed, the record owner of the Defendant Property was ZUN JIN CHEN ("CHEN").

4. On June 4, 2018, Claimant filed a claim in this action alleging a lienholder interest in the Defendant Property [Docket No. 9].

5. On June 25, 2018, Claimant filed an Answer in this action [Docket No. 15].

6. On or about January 9, 2019, the Defendant Property was sold.

7. Notwithstanding the foregoing, Claimant hereby withdraws its claim and Answer filed in the above-captioned case with respect to the Defendant Property.

8. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the United States of America agrees to dismiss *with prejudice* Claimant in the above-captioned case pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Defendant Property is the *in rem* defendant.

9. Claimant is hereby removed from the Service List for the above captioned case.

- 2 -
STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC.

Case No.:
2:18-cv-00825-KJM-CKD

10. Each party hereto is to bear his, her, and its own costs.

Dated: September 17, 2019

MURPHY, PEARSON, BRADLEY & FEENEY

By */s/ Patrick J. Wingfield*
   Thomas P. Mazzucco
   Patrick J. Wingfield
   Kavin A. Williams
   Attorneys for Claimant
   NORTHERN CALIFORNIA MORTGAGE FUND XII

Dated: September 17, 2019

MCGREGOR W. SCOTT
United States Attorney

By:   */s/ Kevin C. Khasigian*
    KEVIN C. KHASIGIAN
    Assistant United States Attorney

- 3 -
STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC.

Case No.:
2:18-cv-00825-KJM-CKD

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation is hereby APPROVED.

2. Claimant's claim filed in the above-captioned case on June 4, 2018 and answer filed on June 25, 2018 as to the Defendant Property are hereby deemed withdrawn.

3. Pursuant to F.R.C.P. 41(a), Claimant NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC, A DELAWARE LIMITED LIABILITY COMPANY is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND XII, LLC.

Case No.: 2:18-cv-00825-KJM-CKD