WALTER F. BROWN. JR. (STATE BAR NO. 130248)
SHARON E. FRASE (STATE BAR NO. 282923)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California  94105
Telephone:    415-773-5700
Facsimile:    415-773-5759
wbrown@orrick.com
sfrase@orrick.com

Attorneys for Defendant
PS FUNDING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>REAL PROPERTY LOCATED AT 8744 VYTINA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1460-028-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, at al.<br><br>　　　　　　　Defendants. | Case No. 2:18-CV-00825-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER, PS FUNDING, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimant PS FUNDING, INC. ("Claimant") as follows:

1. That Claimant asserted a lienholder interest in defendant property located at 8744 Vytina Drive, in Elk Grove, California ("Defendant Vytina Drive"). The loan has since been satisfied and the Claimant no longer has an interest in Defendant Vytina Drive. Accordingly, Claimant hereby withdraws its claim filed in this Action with respect to the real property located at 8744 Vytina Drive, Elk Grove, California, Sacramento County, APN: 115-1460-028-0000 (the "Property"); and

2. To the extent required under F.R.C.P. 41(a), the United States agrees to dismiss with prejudice the Claimant in this Action pursuant to F.R.C.P. 41(a). The Defendant Vytina Drive is the in rem defendant.

3. That each party hereto is to bear his, her and its own costs.

4. That Claimant be removed from the Service List for this matter.

Dated: December 31, 2020

WALTER F. BROWN, JR.
SHARON E. FRASE
Orrick, Herrington & Sutcliffe LLP


By: */s/ Sharon E. Frase*
SHARON E. FRASE
Attorneys for Defendant
PS FUNDING, INC.

Dated: 1/4/2021

MCGREGOR W. SCOTT
United States Attorney


By: /s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim by PS Funding, Inc. ("the Stipulation") by Claimant PS Funding, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on June 8, 2018 [Dk. 12] is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE