PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00825-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 8744 VYTINA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1460-028-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimant Zhoubing Yang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 8744 Vytina Drive, Elk Grove, California, Sacramento County, APN: 115-1460-028-0000 ("defendant Vytina Drive").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Vytina Drive.  Thus, the stay would no longer be necessary for this property.[1]

PS Funding, Inc. filed a claim asserting a lienholder interest in defendant Vytina Drive.  Claimant Zhoubing Yang filed a Verified Claim asserting an interest in defendant Vytina Drive.  No other party

---

[1] The case would remain stayed as to the other five *In Rem* Defendants.  This request is limited to defendant Vytina Drive.

1

has filed a claim asserting an interest in defendant Vytina Drive.

On or about February 27, 2020, escrow closed for defendant Vytina Drive. PS Funding, Inc. was paid in full through escrow. PS Funding, Inc. withdrew their claim on April 12, 2021.

The United States and claimant Zhoubing Yang have reached a settlement regarding the net proceeds from the sale of the Vytina Drive property.

Dated: 4/14/2023      PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/24/2023      /s/ Terry Hunt
TERRY R. HUNT
Attorney for claimant Zhoubing Yang

(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 8744 Vytina Drive, Elk Grove, California, Sacramento County, APN: 115-1460-028-0000.

IT IS SO ORDERED.

DATED: April 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE