UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8744 VYTINA DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-1460-028-0000, et al.,<br><br>Defendants. | No. 2:18-cv-00825-DC-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE REGARDING REAL PROPERTY LOCATED AT 4713 LAGUNA WEST WAY, ELK GROVE, CALIFORNIA |

On December 15, 2024, Plaintiff United States and Claimant Zun Jin Chen filed a stipulation for the entry of final judgment of forfeiture regarding real property located at 4713 Laguna West Way, Elk Grove, California. (Doc. No. 75.)

Pursuant to that stipulation, the court finds the following:

1. This is a civil forfeiture action against seven real properties, one of which is the real property located at 4713 Laguna West Way, Elk Grove, California, Sacramento County, APN: 119-0830- 041-0000 ("Defendant Property").

2. A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on April 6, 2018, alleging that said Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7). (Doc. No. 1.)

3.      On June 26, 2018, the Defendant Property was posted with a copy of the Complaint and Notice of Complaint.

4.      Beginning on May 16, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 15, 2018. (Doc. No. 30.)

5.      In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this Defendant Property: Zun Jin Chen, and Northern CA Mortgage Fund XII, LLC.

6.      Claimant Northern California Mortgage Fund XII, LLC filed a Verified Claim on June 4, 2018, claiming a lien holder interest in the Defendant Property, and an Answer to the Complaint on June 25, 2018. Claimant Zun Jin Chen filed a Verified Claim on June 4, 2018, and an Answer to the Complaint on June 27, 2018. No other parties have filed claims or answers regarding this Defendant Property, and the time in which any person or entity may file a claim and answer has expired.

7.      On or about January 9, 2019, escrow closed for the Defendant Property at 4713 Laguna West Way, Elk Grove, California, Sacramento County, APN: 119-0830-041-0000, and the United States received a wire transfer in the amount of $54,921.16, which will be substituted in lieu of the real property. Northern California Mortgage Fund XII, LLC was paid in full through escrow. Northern California Mortgage Fund XII, LLC withdrew their Claim and Answer on September 24, 2019.

Based on the above findings, and the files and records filed in this action, the court orders as follows:

1.      Judgment is hereby entered against claimants Northern California Mortgage Fund XII, LLC and Zun Jin Chen, and all other potential claimants who have not filed claims in this action.

2.      Upon entry of this Final Judgment of Forfeiture, $27,921.16 of the Approximately $54,921.16 in net proceeds from the sale of the defendant real property located at 4713 Laguna

West Way, Elk Grove, California, Sacramento County, APN: 119-0830-041-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $27,000.00 of the Approximately $54,921.16 in net proceeds from the sale of the defendant real property located at 4713 Laguna West Way, Elk Grove, California, Sacramento County, APN: 119- 0830-041-0000, shall be returned to claimant Zun Jin Chen through attorney J. Patrick McCarthy.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. The U.S. District Court for the Eastern District of California, Hon. Dena M. Coggins, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

/////
/////
/////
/////
/////
/////

8. Based upon the allegations set forth in the Complaint filed April 6, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: __**December 20, 2024**__  _____
Dena Coggins
United States District Judge